UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **ALBERTA NORMAN, individually and on behalf of other similarly situated individuals,** : : : : **Civil Action No. 2:19-cv-170-TBM-MTP** | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **NEIGHBORHOOD HEALTHCARE PROVIDERS, PLLC** : : : | |
| **Defendant.** : | |

## UNOPPSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the Named Plaintiff, Alberta Norman, and Opt-in Plaintiffs, Casheka Battee, Lindsay Armstrong, LeKenya Jordan and Irish King, who hereby move the Court to approve the Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Defendant, Neighborhood Healthcare Providers, PLLC does not oppose the Motion.

Respectfully submitted:

/s/ Scott E. Brady
Counsel for Plaintiff
Philip Bohrer
Scott E. Brady
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Fax: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

/s/ Joel Dillard
775 N. Congress Street
Jackson, Mississippi 39202
Telephone: (601) 509-1372
Joel.f.dillard@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                /s/ *Scott E. Brady*