IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALBERTA NORMAN, individually**                                                     **PLAINTIFF**
**and on behalf of other similarly**
**situated individuals**

**V.**                                                 **CIVIL ACTION NO. 2:19-CV-170-TBM-MTP**

**NEIGHBORHOOD HEALTHCARE**
**PROVIDERS, PLLC**                                                              **DEFENDANT**

## ORDER APPROVING SETTLEMENT

This cause comes before the Court on the parties' announcement that they have agreed to a resolution of all matters in this case which involved claims under the Fair Labor Standards Act ("FLSA"). The Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the resolution and that they now seek Court approval of the Unopposed Motion for Settlement [33], here by acknowledges and finds the following:

1. The parties have exchanged and agreed upon a confidential Settlement Agreement and have provided the same to the Court for its review. The Plaintiff has submitted an Unopposed Motion for Settlement [33] requesting that this Court approve the settlement.

2. After reviewing the parties' proposed Settlement Agreement and based upon a review of this matter and the representations made in the Unopposed Motion for Settlement [33] and supporting memorandum, the Court finds that there existed a *bona fide* dispute over FLSA provisions. The settlement terms proposed by the parties are fair, reasonable, and adequate and in the best interests of the parties. The service award, attorneys' fees, and costs sought by Plaintiff's Counsel are fair and reasonable.

3.  This was an arms-length transaction resulting in settlement, and there is no evidence of either fraud or collusion.

IT IS HEREBY ORDERED that the Unopposed Motion for Settlement [33] is GRANTED and the proposed Settlement Agreement, and all terms and conditions contained therein, is APPROVED.

IT IS FURTHER ORDERED that the Plaintiff shall file a Motion to Dismiss the claims and causes of action of the Named Plaintiff, Alberta Norman, and Opt-in Plaintiffs, Casheka Battee, Lindsay Armstrong, LeKenya Jordan, and Irish King, with prejudice, after all payments are made under the terms of the Settlement Agreement.

SO ORDERED AND ADJUDGED, this, the 3rd day of March, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE