IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **ALBERTA NORMAN,** individually and on behalf of others similarly situated individuals, | : : : |
| Plaintiff, | : CIVIL ACTION NO. 2:19-cv-170-TBM-MTP : : |
| v. | : : |
| **NEIGHBORHOOD HEALTHCARE PROVIDERS, PLLC** | : : : |
| Defendants. | : : |

## O R D E R

Premises considered, and the Court, having been advised that Defendants have made all payments due and owing under the terms of the Settlement Agreement and in accordance with the Court's Order Approving Settlement (Dkt. 37):

IT IS HEREBY ORDERED that the claims of the Named Plaintiff, Alberta Norman, and Opt-in Plaintiffs, Casheka Battee, Lindsay Armstrong, LeKenya Jordan and Irish King, are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this 26th day of May, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE